IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30827
Conference Calendar
_____

DEBORAH RICHARDSON BOUNDS,

                                        Plaintiff-Appellant,

versus

U.S. ATTORNEY; MICHAEL D.
SKINNER; LIDDELL SMITH,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 97-CV-1304
- - - - - - - - - -
February 11, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:*

    Deborah Richardson Bounds, federal prisoner #18364-077,
appeals from the district court's denial of her petition for writ
of mandamus pursuant to 28 U.S.C. § 1361.  She argues that she is
entitled to a writ of mandamus ordering the Government to file a
motion for reduction of sentence pursuant to Fed. R. Crim. P.
35(b).  We have reviewed the record and find no reversible error.
Accordingly, the judgment is AFFIRMED for essentially the reasons

_____

    *  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

stated by the district court.  See United States v. Bounds, No.

5:97cv1304 (W.D. La. July 1, 1997).